AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| BOARDING SCHOOL REVIEW, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:11-cv-08921-DAB |
| DELTA CAREER EDUCATION CORP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, BOARDING SCHOOL REVIEW, LLC                                                                      .

Date:        7/24/12

/s/ Marcus A. Nussbaum
*Attorney's signature*

Marcus A. Nussbaum (MN9581)
*Printed name and bar number*

Goetz Fitzpatrick LLP
One Penn Plaza, Ste. 4401
New York, NY 10119

*Address*

mnussbaum@goetzfitz.com
*E-mail address*

212-695-8100
*Telephone number*

212-629-4013
*FAX number*

| Print | Save As... | Reset |
|---|---|---|