USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/25/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119
Tel: (212) 695-8100
rcoleman@goetzfitz.com
*Attorneys for Plaintiff*
*Boarding School Review, LLC*

| | |
|---|---|
| BOARDING SCHOOL REVIEW, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELTA CAREER EDUCATION CORPORATION, WESTON EDUCATIONAL, INC., BERKS TECHNICAL INSTITUTE, INC., CAREER TRAINING SPECIALISTS, INC., MCCANN EDUCATION CENTERS, INC., MILLER-MOTTE BUSINESS COLLEGE, INC., SOUTHWEST BUSINESS COLLEGES, INC., *and* THE MIAMI-JACOBS BUSINESS COLLEGE CO., <br><br> Defendants. | Civil Action No. <br> 1:11-cv-08921-DAB <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, that the time for plaintiff to answer, move, or otherwise respond to the counterclaim of defendants Delta Career Education Corporation, Weston Educational, Inc., Berks Technical Institute, Inc., Career Training Specialists, Inc., McCann Education Centers, Inc., Miller-Motte Business College, Inc., Southwest Business Colleges, Inc., and The Miami-Jacobs Business College Co. ("defendants") is hereby extended, up to and including August 9, 2012.

| GOETZ FITZPATRICK LLP | DUANE MORRIS LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: *[signature]* | By: *[signature]* |
| Ronald D. Coleman | R. Terry Parker |
| One Penn Plaza, Suite 4401 | 1540 Broadway |
| New York, New York 10119 | New York, NY 10036 |
| (212) 695-8100 | (212) 692-1000 |
| rcoleman@goetzfitz.com | tparker@duanemorris.com |

Dated: ~~July 24, 2012~~
/DAB/
07/25/12

SO ORDERED:

*[signature]*
Hon. Deborah A. Batts, U.S.D.J.   07/25/12