USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/12

**DUANE MORRIS** LLP
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020

and

Keith Zakarin (*pro hac vice pending*)
Michelle Hon Donovan (*pro hac vice pending*)
Heather U. Guerena (*pro hac vice pending*)
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARDING SCHOOL REVIEW, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELTA CAREER EDUCATION CORPORATION and WESTON EDUCATIONAL, INC.,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br>DELTA CAREER EDUCATION CORPORATION and WESTON EDUCATIONAL, INC.,<br>　　　　Cross-Claimants,<br><br>　　v.<br><br>BOARDING SCHOOL REVIEW, LLC,<br>　　　　Cross-Defendant. | CIVIL ACTION NO. 11 Civ. 8921 (DAB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF KEITH ZAKARIN** |

　　The motion of Keith Zakarin, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Keith Zakarin
Duane Morris, LLP
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619 744 2200
Facsimile: 619 744 2201
E-Mail:    kzakarin@duanemorris.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants and Cross-Claimants Delta Career Education Corporation and Weston Educational, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: 6/7/12

_Deborah A. Batts_
United States District/ Magistrate Judge

2