UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
Marcus A. Nussbaum (MN 9581)
**GOETZ FITZPATRICK LLP**
One Penn Plaza—Suite 4401
New York, New York 10119
(212) 695-8100
rcoleman@goetzfitz.com
mnussbaum@goetzfitz.com
*Attorneys for Plaintiff*
*Boarding School Review, LLC*

| | |
|---|---|
| **BOARDING SCHOOL REVIEW, LLC,**<br><br>*Plaintiff*,<br><br>- vs. -<br><br>**DELTA CAREER EDUCATION CORPORATION,** *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>1:11-cv-08921-DAB<br><br><br><br>**NOTICE OF MOTION TO DISMISS** |
| **DELTA CAREER EDUCATION CORPORATION,** *et al.*<br><br>*Counterclaim Plaintiffs*,<br><br>- vs. -<br><br>**BOARDING SCHOOL REVIEW, LLC**<br><br>*Counterclaim Defendant.* | |

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the undersigned attorneys for plaintiff / Counterclaim Defendant Boarding School Review, LLC shall move before the Court at such time as counsel may be heard, before the Honorable Deborah A. Batts, U.S.D.J., at the United States District

Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing the Counterclaim of the defendants / Counterclaim Plaintiffs.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, together with all pleadings and proceedings on file in this matter.

GOETZ FITZPATRICK LLP

By: _____
Ronald D. Coleman (RC 3875)

One Penn Plaza—Suite 4401
New York, New York 10119
(212) 695-8100
rcoleman@goetzfitz.com
mnussbaum@goetzfitz.com
*Attorneys for Plaintiff*
*Boarding School Review, LLC*

Dated:  August 9, 2012