# EXHIBIT A

Changing Futures. Changing Lives. | Miller-Motte College



Call Now: 1-888-314-7780

  **Student Portal**

*Changing Futures. Changing Lives.*

**Apply Online**    **Request Info**    **Chat Live** 

| Home | Online ⌄ | Campuses ⌄ | Admissions | Programs ⌄ | Career Services | Financial Aid ⌄ | Students ⌄ | About ⌄ |



# Take a Tour

Whether you're a current professional, a high school student or just motivated to make a change in your life, a Miller-Motte representative is here to help. Take a tour of our facilities and take the first step toward a new future.

Read More

| Take a Tour | Admissions | Career Services | Financial Aid | News |

## Welcome to Miller-Motte

With Miller-Motte you can expect the focus to be on you, the student, and your career. We are committed to Changing Futures, Changing Lives, and it all starts with you. You can rely on challenging programs, interesting curriculum, and educators with industry experience preparing you for your new future.

As a Miller-Motte student you have options.

- Attend classes online or at a campus near you
- Choose a certificate, diploma, or degree program
- Select a program from a variety of career fields

Call us today to learn how you can become part of an institution that has grown since 1916 with campuses across the Southeast. 888-314-7780

 Short term career training programs are specifically designed to give you new career skills needed for today's careers without a significant time commitment. Our programs serve as a step on a successful career ladder, whether you're starting your training or enriching your skill set.

Read More

 **Massage Therapy**It's no secret that we live in an "always-on" world. Wouldn't it be nice to help people take a deep breath and relax? After completing massage therapy school you can help your clients unplug from their busy lives.

If you want to make a living and make a difference, massage therapy

Read More

### Request Information ✔

First Name

Last Name

Email

( )  -  Phon

Address

City

State

Zip C

Select a Campus

**Submit Request**

*Student Portal Login*

Changing Futures. Changing Lives. | Miller-Motte College



**Surgical Technology** A job helps you pay the bills, but a career as a surgical tech gives you the chance to make a difference. Whether you're prepping a patient for surgery or passing a doctor instruments and equipment in the operating room, as a surgical tech you're in the action.

Miller-Motte's

Read More



**Welding** Some people weren't meant to sit behind a desk and work 9 to 5. If you enjoy working with your hands, welding school may be just what you need to begin a rewarding welding career. At Miller-Motte, our welding classes offer hands-on training because our instructors know that with a

Read More

*Program Disclosure*

*Net Price Calculator*

## Campus News

**Aug 21, 2012** - For the past four years, Miller-Motte has led a donations event called "Enroll Patrol" presenting area high schools with much needed school supplies. This academic year will be no different.

Read More

**May 29, 2012** - Congressman Marsha Blackburn spoke words of encouragement to Miller-Motte Technical College Clarksville's students at their graduation ceremony on May 25, 2012. Blackburn, the commencement speaker a

Read More

*Miller-Motte College*

Copyright ©2012 Miller-Motte College
Privacy Policy | Military | Careers | Online

4525 Columbus Street, Suite 101
Virginia Beach, Virginia 23462
☎ 757.497.2334   info@miller-motte.edu

 Facebook
YouTube