# EXHIBIT B



# HERITAGE EDUCATION
*Careers for lifelong fulfillment.*

request info | apply online | campus tours

Home | Services | Alumni | Career Paths | Campuses | Massage & Spa | FAQ

Mon, Aug 27, 2012 • Flexible Schedules, Placement Services, Financial Aid for those w

## Career Training for Busy Adults

### Career Focus
Heritage Institute and Heritage College help real people build real careers. We know you don't just want a job. You need a profession. Our career college offers training for a great career as an X-Ray Medical Technician® - Medical Assistant, Massage Therapist, Healthcare Admin, Esthetician, Surgical Technologist, Dental Assistant, Personal Trainer, or Pharmacy Technician. Please note that all programs may not be offered at all schools.


Columbus, Ohio

Denver, Colorado

### 8 Great Campuses
We have Heritage schools in...
- Columbus, Ohio
- Denver, Colorado



**Available Career Paths**
- Dental Assistant
- Esthetician
- Healthcare Admin
- Massage Therapist
- Personal Trainer
- Pharmacy Technician
- Surgical Technologist
- X-Ray Medical Technician® Medical Assistant

### Get Heritage Info
First
Last
Phone
Email

Campus you are interested in
Select a Campus...

Where did you first hear about Heritage?
Please Select One...

Request Info

*privacy policy*

### The Value of Education
The most reliable way to improve your life is education. You know that's true, don't you? At Heritage College and Heritage Institute, we believe that everyone can improve their lives through education. What are you waiting for? We will help you. It won't take long. We won't waste your time with classes that don't apply to your career. Call (888) 334-7339. We will help you.

### Career Colleges and Technical Institutes
Career colleges and technical institutes focus on providing career specific education that enables students to finish school quickly and enter their chosen career path as rapidly as possible. A career college or technical institute usually avoids teaching subjects that do not relate directly to the student's career path. Heritage career colleges and technical institutes offer career

*Request information today and find out*

Heritage Medical Assistant School Massage X-Ray Esthetics Dental More

*how to get started on your great new career.*

For more information about our graduation rates, the median debt of students who completed the program and other important information, please visit www.heritage-education.com/disclosures.

About Heritage | News | Clinic | Distance Learning | Site Map | Links | Contact Us | Mobile Site | Popular Heritage Programs/Campuses 


MASSAGE CLINIC
Get info or an appointment


SPA SERVICES
Get info or an appointment


HERITAGE NEWSLETTER
View our latest newsletter


HERITAGE STORE
Apparel and Fighting Leaf gear


ABHES.org


Better Business Bureau


APSCU.org

Heritage Institute and Heritage College are accredited by the Accrediting Bureau of Health Education Schools (ABHES.org)

**HERITAGE CAMPUSES**
**COLUMBUS** | 150 Taylor Station Road, Suite 200, Columbus, OH 43213 | (614) 328-4700
**DENVER** | 12 Lakeside Lane, Denver, CO 80212 | (303) 477-7240
**FORT MYERS** | 6630 Orion Dr., Suite 200, Ft. Myers, FL 33912 | (239) 936-5822
**KANSAS CITY** | 1200 E 104th St., Suite 300, Kansas City, MO 64131 | (816) 942-5474
**JACKSONVILLE** | 4130 Salisbury Rd., Suite 1100, Jacksonville, FL 32216 | (904) 332-0910
**LITTLE ROCK** | 1309 Old Forge Dr., Little Rock, AR 72227 | (501) 708-0909
**OKLAHOMA CITY** | 7100 I-35 Service Rd., Suite 7118, Oklahoma City, OK 73149 | (405) 631-3399
**WICHITA** | 2800 South Rock Rd., Wichita, KS 67210 | (316) 681-1615

©2011-Present, Heritage-Education | All rights reserved. | design clarencebowman.com