

# EXHIBIT C

| Home | Articles | Find Schools | Compare Colleges |

Home > North Carolina > Wake County > Miller-Motte College-Cary

# Miller-Motte College-Cary

2205 Walnut Street, Cary NC, 27518-7171 - Map

Tel: (919)532-7171

Visit School Website

Administrators - Update School Profile

Ads by Google

**Accredited Online College** – Learn More About Our Streamlined Transfer Options! Start August 27th
IvyBridge.Tiffin.Edu

**ITT Tech - Official Site** – Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

**Radiography/Xray Training** – Earn Your Degree Quickly! Train as an X-Ray Technician
www.Medical.edu/Radiography

**Welding Tech School** – Train Now & Add New Skills For A Sustainable Career. Apply Today!
Tulsaweldinged.com

Get Admissions Info on Miller-Motte Technical College, Cary
(It only takes a minute!)

Step 1 of 2
Choose an Area of Study:
- Select One -
Start Date:
- Select One -
Learning Preference:
- Select One -

powered by campus explorer



School Website

### Article Categories

Most Recent (3)
Most Popular (5)
About College (14)
Affording College (50)
Attending College (116)
Courses in College (55)
College Funding (21)
College Policies (34)
Career Training (103)
Transfer Process (22)
Community College News (29)

Ads by Google

**Walden University Online**
Doctoral, Master's and Bachelor's. Classes Start Soon. Call Now!
Waldenu.edu

**Wake Tech College, NC**
Get Free Info On Tuition & Courses At Wake Technical Community College
www.CampusExplorer.com/Wake

### School Notes Overview:

For over three-quarters of a century Miller-Motte has been a reputable leader in private career education. Judge Leon Motte founded the school in 1916 in Wilmington, North Carolina. The school provided the Wilmington legal community with a small training center for courtroom stenographers. Over the years the college established other campuses in Tennessee, North Carolina, South Carolina, and Georgia. The mission of Miller-Motte is to help students acquire the essential career and personal skills and knowledge necessary to secure initial employment in their chosen field. The College is located in the heart of Wake County at the corner of Walnut Street and Dillard Drive, just past the Cary Crossroads. The facilities provide classrooms, laboratories, library, student lounge, and offices in an attractive, fully furnished and air-conditioned setting.

...read more

**School Overview:**

| | Miller-Motte College-Cary | Community College Avg. |
|---|---|---|
| County | Wake County, NC | - |
| Institution Level | At least 2 but less than 4 years | At least 2 but less than 4 years |
| Institution Control | Private for-profit | Public |
| Instructional Staff Total (research/public service staff included) | 18 staff | 63 staff |
| Student / Staff Ratio | 1:30 | 1:21 |

*Student Body*

| | | |
|---|---|---|
| Total Enrollment | 537 students | 1,416 students |
| % American Indian/Alaskan | | 1% |
| % Asian | | 2% |
| % Hawaiian | | 1% |
| % Hispanic | | 6% |
| % Black | | 15% |
| % White | | 62% |
| % Two or more races | - | 2% |

*Finances and Admission*

| | | |
|---|---|---|
| In-State Tuition Fees (2010-11) | $10,597 | $4,565 |
| | Null value ✕ | |
| Out-State Tuition Fees (2010-11) | $10,597 | $8,679 |
| | Null value ✕ | |



### Thales Academy
The Community School Currently Enrolling for 2012
www.thalesacademy.org

### School Grants For Mothers
Go Back To School Online. Moms May Qualify For Grants To Start School!
School-Grants.ClassesAndCareers.com

**Find us on Facebook**

Community College Review
👍 Like

35 people like **Community College Review**.

Lei   Carolyn   Alen
Kerry   Demi   Stephanie
Donna   Kiwi-Huong   Omowumi

Facebook social plugin

| | | |
|---|---|---|
| Percent Admitted | 100% | 70% |

School Map:

Get: driving directions  Weather: 10-day forecast or monthly climate averages.

**Nearby Schools:**

1. ITT Technical Institute - Morrisville - 503 students - 7.2 mi. away - view location
2. Wake Technical Community College - 17,620 students - 7.6 mi. away - view location
3. Miller-Motte College-Raleigh - 588 students - 10.5 mi. away - view location
4. Living Arts College - 403 students - 16.6 mi. away - view location
5. Durham Technical Community College - 5,703 students - 17.1 mi. away - view location

Tip: Zoom in/out using the slider below. View aerial photos using the Satellite or Hybrid buttons.

- Public College    - Private College

Note: Data has been gathered from the Dept. of Education, schools, and commercial data sources.

**More Options:**

- Request Info: Get info / application from Miller-Motte College-Cary
- View website: Visit school website
- Tools: Search schools by zip , Compare schools side-by-side
- Return to: North Carolina community colleges, Home

### Recent Community College Articles:

- 10 Fun Non-Credit Courses Offered by Community Colleges
  Are you looking to learn and have fun at the same time? Be inspired by 10 interesting non-credit courses offered by community colleges that adults can take for personal enrichment and fun.
- Olympic Athletes with Community College Ties Compete in London
  Did you know several Olympians competing this summer in London have roots in community colleges? Be inspired by their stories that go from community colleges to the hopeful gold!
- Perception that College is a Bad Investment Continues to Grow, New Study Finds
  The latest survey by Country Financial shows more Americans are beginning to think college is not the investment it once was – and why community college might be a better deal.
- More articles: Most Recent, Most Popular, About College, Affording College, Attending College , Courses in College

### Featured Partners:



Alamance Community College
(Graham, NC)



Johnston Community College
(Smithfield, NC)



South Piedmont Community College
(Polkton, NC)

Ads by Google

**GIS Distance Learning** – Get an Accredited GIS Degree. Flex & Affordable Programs. Enroll Now!
AmericanSentinel.edu/GIS

**University of Phoenix®** – Official Site. College Degrees for the Real World. Learn More Today.
Phoenix.edu

**Online Degree Programs** – Small Classes. Flexible Scheduling. Semester Starts 8/29. Get Info Now!
www.DeVry.edu

**Eligible for Grants?** – Grants, Scholarships, Student Loans May Be Available if you Qualify.
EducationConnection.com/GrantsInfo

Google Custom Search

