# EXHIBIT D



| Home | Articles | Find Schools | Compare Colleges |

Home > Oklahoma > Oklahoma County > Heritage College-Oklahoma City

# Heritage College-Oklahoma City

7100 S. I-35 Service Road, Oklahoma City, OK, 73149 - Map

Tel: (405)631-3399

Visit School Website

Administrators - Update School Profile

Ads by Google

**Online College Courses** – Our Mission - A Streamlined Path To Your Degree. Start October 22nd!
IvyBridge.Tiffin.Edu

**ITT Tech - Official Site** – Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

**Free K12 Homeschooling** – Learn from Home with the Industry Leading K-12 Grade Curriculum.
www.K12.com/Pennsylvania

**Online School Programs** – AA, BA, BS, MA, MS, & PhD Degrees Search 1,000+ Accredited Programs
www.Schools.DegreeSearch.org



Get Admissions Info on Heritage College, Oklahoma City
(It only takes a minute!)

Step 1 of 2
Choose an Area of Study:
- Select One -
Start Date:
- Select One -
Learning Preference:
- Select One -

powered by campus explorer



School Website

### Article Categories

Most Recent (3)

Most Popular (5)

About College (15)

Affording College (50)

Attending College (116)

Courses in College (56)

College Funding (21)

College Policies (34)

Career Training (105)

Transfer Process (22)

Community College News (29)

Ads by Google

**Online College Courses**
Our Mission - A Streamlined Path To Your Degree. Start October 22nd!
IvyBridge.Tiffin.Edu

**ITT Tech - Official Site**
Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

### School Notes Overview:

The Oklahoma City Heritage College massage school recognizes massage therapy as a modern medical discipline. Our massage school teaches therapeutic massage as a profession. Our Oklahoma City, Oklahoma massage school emphasizes a broad variety of therapeutic massage skills. Our Associate of Occupational Studies (AOS) degree curriculum at the Heritage massage therapy school will include training in therapeutic massage treatment plans, applied techniques, assessment, anatomy, physiology, sports massage, neuromuscular, musculoskeletal, and business mastery. In Oklahoma, our Oklahoma City massage school emphasizes Swedish massage, Asian massage, Japanese massage, and Chinese medicine. At the Heritage College Oklahoma City massage school, we prepare our

massage therapy students for careers and jobs working in spas, cruise ships, clinics, fitness centers, hospitals, wellness centers, doctor's offices, corporations, professional sports organizations, and private practices.

...read more

## School Overview:

| | Heritage College-Oklahoma | Community College Avg. |
|---|---|---|
| County | Oklahoma County, OK | - |
| Institution Level | At least 2 but less than 4 years | At least 2 but less than 4 years |
| Institution Control | Private for-profit | Public |
| Instructional Staff Total (research/public service staff included) | 30 staff | 63 staff |
| Student / Staff Ratio | 1:30 | 1:21 |

### Student Body

| | | |
|---|---|---|
| Total Enrollment | 892 students | 1,416 students |
| # Full-Time Students | 892 students | 1,262 students |
| | Null value | Null value |
| % American Indian/Alaskan | 4% | 1% |
| % Asian | 1% | 2% |
| % Hawaiian | -- | 1% |
| % Hispanic | 7% | 6% |
| % Black | 22% | 15% |
| % White | 66% | 62% |
| % Two or more races | 1% | 2% |
| | Null value | Null value |

Free K12 Homeschooling
Learn from Home with the Industry Leading K-12 Grade Curriculum.
www.K12.com/Pennsylvania

Grants for Women
You May Qualify for Grants to Earn a Degree Online. Search Schools.
EducationConnection.com/Grants

## School Map:

🌐 Get: driving directions  ☀ Weather: 10-day forecast or monthly climate averages.

| Nearby Schools: | |
|---|---|
| 1. Oklahoma City Community College - 14,447 students - 4.3 mi. away - view location |
| 2. Rose State College - 9,198 students - 5.9 mi. away - view location |
| 3. Oklahoma State University-Oklahoma City - 7,647 students - 7.5 mi. away - view location |
| 4. Platt College (Oklahoma City) - 318 students - 15.4 mi. away - view location |
| 5. - n/a - mi. away - view location |

Tip: Zoom in/out using the slider below. View aerial photos using the Satellite or Hybrid buttons.



Tip: Neighborhood view shown below (address is approximate). School premises may be visible by rotating map.

Note: Data has been gathered from the Dept. of Education, schools, and commercial data sources.

### More Options:

- Request Info: Get info / application from Heritage College-Oklahoma City
- View website: Visit school website
- Tools: Search schools by zip, Compare schools side-by-side
- Return to: Oklahoma community colleges, Home

### Recent Community College Articles:

- New Report Slams For-Profit Colleges
  The newly released Harkin Report shows that for-profit schools are often high in tuition costs but relatively low in ROI compared to public schools and community colleges.
- The Revival of Car Manufacturing through Community Colleges
  Auto manufacturing is coming back in the U.S., with more training programs at community colleges to help fill the worker gap.
- The Problem with Community College Placement Tests
  We examine a recent report that questions the fairness and effectiveness of college placement exams in determining whether students need remedial education before taking college courses.
- More articles: Most Recent, Most Popular, About College, Affording College, Attending College, Courses in College

### Featured Partners:


Rose State College
(Midwest City, OK)


Bacone College
(Muskogee, OK)


Tulsa Welding School
(Tulsa, OK)

Ads by Google

**Grants for Women** – You May Qualify for Grants to Earn a Degree Online. Search Schools.
EducationConnection.com/GrantsInfo

**DeVry University® Online** – Get Where You Want To Be. Earn Your Degree Online. Request Info!
www.DeVry.edu

**X-Ray Medical Tech School** – Flex Schedules for Adult Students. Accredited Program. Request Info.
www.Heritage-Education.com/XRay

**Teacher Online Degrees** – Take Classes to Earn Your Teacher Degree & Certification 100%

Online!
www.DiscoverUniversityofPhoenix.com

Google™ Custom Search        [Search]

| | | |
|---|---|---|
| Home | Find Community Colleges | College Member Area |
| About Us | Compare Community Colleges | Site Partners |
| Articles | Contact Us | |

Community College Review
244 5th Avenue, # J-229
New York, NY 10001
Copyright 2003-2012
All rights reserved. User Agreement | Privacy Policy