# GOETZ FITZPATRICK LLP

Attorneys at Law
One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013



Marcus A. Nussbaum
212-695-8100 x 348
mnussbaum@goetzfitz.com

September 4, 2012

<u>Via Facsimile 212-805-7902</u>

Hon. Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Boarding School Review, LLC v. Delta Career Education Corp. et al.*
             Docket No.:   11-cv-08921

Dear Judge Batts:

As Your Honor is aware, this office represents plaintiff Boarding School Review, LLC in the above captioned matter. This morning we ascertained that the defendants' papers in opposition to plaintiff's motion to dismiss defendants' counterclaims, which were due on August 23, 2012, were not filed with the Court until August 27, 2012. We are not aware of any request by defendants for an extension of time to file these papers.

**MEMO ENDORSED**

In light of the foregoing, and without waiving any rights to object to defendants' late filing, we respectfully request that plaintiff's time to file a reply brief be extended from September 4, 2012 to September 7, 2012.

**MEMO ENDORSED**

Thank you for your continued courtesy and consideration.

*Extension granted to September 7, 2012.*
*/DAB/*
*9/4/2012*

Very truly yours,

GOETZ FITZPATRICK LLP

By: _____
Marcus A. Nussbaum

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
9/4/12