**DUANE MORRIS LLP**
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020

and

Keith Zakarin (*pro hac vice*)
Michelle Hon Donovan (*pro hac vice*)
Heather U. Guerena (*pro hac vice*)
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARDING SCHOOL REVIEW, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELTA CAREER EDUCATION CORPORATION and WESTON EDUCATIONAL, INC., BERKS TECHNICAL INSTITUTE, INC., MCCANN EDUCATION CENTERS, INC., MILLER-MOTTE BUSINESS COLLEGE, INC., SOUTHWEST BUSINESS COLLEGES, INC., and THE MIAMI-JACOBS BUSINESS COLLEGE CO., <br><br> Defendants. <br><br> DELTA CAREER EDUCATION CORPORATION et al., <br><br> Cross-Claimants, <br><br> v. <br><br> BOARDING SCHOOL REVIEW, LLC, <br><br> Cross-Defendant. | CIVIL ACTION NO. 11 Civ. 8921 (DAB) |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, pursuant to the accompanying memorandum of law, Cross-Claimants Delta Career Education Corporation, Berks Technical Institute, Inc., Career Training Specialists, Inc., McCann Education Centers, Inc., Miller-Motte Business College, Inc., Southwest Business Colleges, Inc., and the Miami-Jacobs Business College Co. (collectively "Delta"), by and though its counsel, respectfully move this Court pursuant to Local Rule 6.3 for reconsideration of the Memorandum and Order dated March 29, 2013, and requesting reconsideration of the order dismissing the Delta's deceptive trade practices claims under New York Business Law § 349.

Dated: April 12, 2013

DUANE MORRIS LLP

By:   s/Michelle Hon Donovan
     R. Terry Parker
     DUANE MORRIS LLP
     1540 Broadway
     New York, NY 10036
     (212) 692-1000

     Keith Zakarin
     Michelle Hon Donovan
     Heather U. Guerena
     DUANE MORRIS LLP
     750 B Street, Suite 2900
     San Diego, CA 92101
     (619) 744-2200
     *Attorneys for Third-Party Plaintiffs*