

**Duane Morris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

R. TERRY PARKER
DIRECT DIAL: +1 212 488 44277
PERSONAL FAX: +1 212 214 0725
*E-MAIL:* tparker@duanemorris.com

*www.duanemorris.com*

May 7, 2013

**RECEIVED** MAY 08 2013 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

**BY HAND**

Honorable Deborah A. Batts
United States District Judge
United State District Court
500 Pearl Street, Room 2510
New York, NY 10007

Re:    Boarding School Review, LLC v. Delta Career Education Corporation *et al.*,
       Civil Action No. 11 Civ. 8921 (DAB)

Dear Judge Batts:

**MEMO ENDORSED**

We write on behalf of the defendants/counter claim plaintiffs (collectively "Delta") in the above-referenced matter. By way of background, on March 29, 2013, Your Honor granted in part and denied in part plaintiff/counter claim defendant Boarding School Review, LLC's ("BSR") motion to dismiss and ordered that any amended counterclaims be filed within forty-five days of the date of that order, which would make our clients' amended counterclaims due on May 13, 2013. However, on April 12, 2013, Delta filed a motion for reconsideration of the portion of that order dismissing Delta's deceptive trade practices claims under New York Business Law § 349. Accordingly, Delta respectfully requests leave of the Court for an extension of the deadline to file its amended counterclaims until 14 days after a ruling on Delta's motion for reconsideration. This is Delta's first request for an extension. BSR consents to this request.

Granted /DAB/ 5/8/13

**MEMO ENDORSED**

Respectfully submitted,

R. Terry Parker/eeg

R. Terry Parker

RTP/eeg

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS 5/8/13
UNITED STATES DISTRICT JUDGE

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

Hon. Deborah A. Batts
May 7, 2013
Page 2

cc:     Ronald D. Coleman, Esq. (by e-mail)
        Marcus A. Nussbaum, Esq. (by e-mail)
        Keith Zakarin, Esq. (by e-mail)
        Michelle Hon Donovan (by e-mail)
        Heather U. Guerena (by e-mail)