```
UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BOARDING SCHOOL REVIEW, LLC,

                Plaintiff,

        v.                                      11 Civ. 8921 (DAB)
                                                ORDER TO SHOW CAUSE
DELTA CAREER EDUCATION CORPORATION,
WESTON EDUCATIONAL, INC., BERKS
TECHNICAL INSTITUTE, INC., MCCANN
EDUCATIONAL CENTERS, INC., MILLER-MOTTE
BUSINESS COLLEGE, INC., SOUTHWEST
BUSINESS COLLEGES, INC., and THE MIAMI-
JACOBS BUSINESS COLLEGE CO.,

                Defendants.
------------------------------------X
DELTA CAREER EDUCATION CORPORATION, et al.

                Counterclaim-Plaintiffs,

        v.

BOARDING SCHOOL REVIEW, LLC,

                Counterclaim-Defendant.
------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that Defendants' Amended Counterclaims were filed on November 15, 2013 and were served electronically on Plaintiff on the same date. To date, Plaintiff has neither filed an Answer nor responded to Defendants' Amended Counterclaims in any other way and therefore is technically in default.

Accordingly, Defendants are hereby ORDERED TO SHOW CAUSE why

their Amended Counterclaims against Plaintiff should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for failure to prosecute "cannot seriously be doubted"); Fed. R. Civ. P. 41(b)-(c).

If Defendants fail by January 17, 2014 to either (1) show cause, or (2) move for default judgment against Plaintiff, Defendants' Amended Counterclaims against Plaintiff shall be dismissed for failure to prosecute. Defendants' showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated: New York, New York
January 2, 2014

Deborah A. Batts
United States District Judge