**DUANE MORRIS LLP**
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020

and

Keith Zakarin (*pro hac vice*)
Michelle Hon Donovan (*pro hac vice*)
Heather U. Guerena (*pro hac vice*)
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARDING SCHOOL REVIEW, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELTA CAREER EDUCATION CORPORATION and WESTON EDUCATIONAL, INC., BERKS TECHNICAL INSTITUTE, INC., MCCANN EDUCATION CENTERS, INC., MILLER-MOTTE BUSINESS COLLEGE, INC., SOUTHWEST BUSINESS COLLEGES, INC., and THE MIAMI-JACOBS BUSINESS COLLEGE CO., <br><br> Defendants. | CIVIL ACTION NO. 11 Civ. 8921 (DAB) |
| DELTA CAREER EDUCATION CORPORATION et al., <br><br> Cross-Claimants, <br><br> v. <br><br> BOARDING SCHOOL REVIEW, LLC, <br><br> Cross-Defendant. | |

# DECLARATION OF MICHELLE HON DONOVAN
# IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

I, Michelle Hon Donovan, hereby declare:

1. I am an attorney at the law firm Duane Morris LLP, counsel for defendants and counterclaim-plaintiffs. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them. I submit this declaration in response to the Court's Order to Show Cause why the Amended Counterclaims against Plaintiff should not be dismissed for failure to prosecute.

2. Defendants' Amended Counterclaims were filed on November 15, 2013 and were served electronically on Plaintiff on the same date.

3. Plaintiff failed to file an Answer or otherwise respond to Defendants' Amended Counterclaims.

4. On December 10, 2013, I emailed counsel for Plaintiff to meet and confer regarding Plaintiff's failure to respond to Defendants' Amended Counterclaims.

5. The parties have been engaged in settlement negotiations and have reached an agreement on a settlement term sheet. Unfortunately, settlement negotiations took longer than expected due to the unavailability of the parties and counsel over the holidays.

6. The parties are in the process of finalizing a settlement agreement and anticipate filing a stipulation to dismiss all claims in this case sometime next week.

7. In light of these efforts, Defendants respectfully submit that they have been diligent in prosecuting and settling this matter and request that the Court discharge the OSC.

3

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 17, 2014

                By: s/*Michelle Hon Donovan*
                   Michelle Hon Donovan
                   DUANE MORRIS LLP
                   750 B Street, Suite 2900
                   San Diego, CA 92101
                   (619) 744-2200