USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/14

COURTESY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARDING SCHOOL REVIEW, LLC, )
)
    Plaintiff, )
)
v. )
) CIVIL ACTION NO. 11 Civ. 8921 (DAB)
DELTA CAREER EDUCATION CORPORATION, )
WESTON EDUCATIONAL, INC., BERKS )
TECHNICAL INSTITUTE, INC., CAREER )
TRAINING SPECIALISTS, INC., MCCANN )
EDUCATION CENTERS, INC., MILLER-MOTTE )
BUSINESS COLLEGE, INC., SOUTHWEST )
BUSINESS COLLEGES, INC., and THE MIAMI- )
JACOBS BUSINESS COLLEGE COMPANY, )
)
    Defendants. )
)

---

DELTA CAREER EDUCATION CORPORATION, )
WESTON EDUCATIONAL, INC., BERKS )
TECHNICAL INSTITUTE, INC., CAREER )
TRAINING SPECIALISTS, INC., MCCANN )
EDUCATION CENTERS, INC., MILLER-MOTTE )
BUSINESS COLLEGE, INC., SOUTHWEST )
BUSINESS COLLEGES, INC., CREATIVE )
CIRCUS, INC. and THE MIAMI-JACOBS )
BUSINESS COLLEGE COMPANY, )
)
    Counter-Claimants, )
)
v. )
)
BOARDING SCHOOL REVIEW, LLC, )
)
    Counter-Defendants. )

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED, by and between the parties to this action, through their designated counsel, that the above-captioned matter be and hereby is dismissed in its entirety (including, all pending claims and counterclaims) for all parties, with prejudice and without costs or fees as to either party against the other.

Respectfully submitted,

| | |
|---|---|
| DATED: February 11, 2014 | DUANE MORRIS LLP<br><br>By: _____<br>Keith Zakarin (*pro hac vice*)<br>Michelle Hon Donovan (*pro hac vice*)<br>Heather U. Guerena (*pro hac vice*)<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Telephone: 619.744.2200<br>*Attorneys for Defendants/Counter-Claimants* |
| DATED: February 11, 2014 | GOETZ FITZPATRICK LLP<br><br>By: _____<br>Ronald D. Coleman<br>One Penn Plaza, Suite 3100<br>New York, NY 10119<br>Tel. 212-695-8100<br>*Attorneys for Plaintiff/Counter-Defendant* |

**SO ORDERED**

_Deborah A. Batts_ 3/17/14
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

DM2\4755017.1